IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALLIED ORTHOPEDIC ASSOCIATES, INC., | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 18-01566 |
| v. | |
| BRIAN LEONETTI, et al., | |
| Defendants. | |

**ORDER**

**AND NOW,** this 5th day of October 2018, upon consideration of Defendants' Motion to Suspend or Modify [the Preliminary Injunction] Pursuant to Federal Rule of Civil Procedure 62 (Doc. Nos. 37, 38), Plaintiff's response (Doc. No. 40), Defendants' Reply in Support of their Motion (Doc. No. 42), and for the reasons stated in the Opinion of the Court issued on this day, it is **ORDERED** that Defendants' Motion (Doc. No. 37) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.